# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# <u>INTO REGISTRY ACCOUNT</u>

TO:    *1. Intake Clerk ** 

       *2. Case Administrator*

FROM:   *Financial Administrator*

DATE:   **3·28·2008**

*UC*

CASE NAME:   Kentz

CASE NUMBER:   02·24055

Check Number 570391 in the amount of $ 2,000.00 was

received this date and placed in an existing registry account of unclaimed

funds.

Receipt Number: 0582     Intake Clerk's Initials CL

*   *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.*

*#4b-F*

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                    Phillip J. McHale, III
Chief Counsel                                         Chief Accountant

March 12, 2008

John J. Horner, Esquire          OR          John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                 Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                        U.S. Courthouse, Room B160
600 Grant Street                             17 South Park Row
Pittsburgh PA 15219                          Erie PA 16501

RE:  MARK R LENTZ
     LINDA M LENTZ
Case No.: 02-24655   F

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the
Chapter 13 case referenced above.

    These funds are owned by the following creditor.  The Trustee issued
payment to the creditor, in accordance with the Chapter 13 plan.  The
address shown is based on the Trustee's best and most recent information.

                    PA MUNICIPAL SERVICE CO
                    17 N 5TH ST
                    INDIANA PA
                                             15701

CHECK NUMBER 570391               AMOUNT $4,000.00

    The disbursement(s) was returned to the Trustee for the following
reason:

_____ a.  Trustee has been unable to locate Creditor.

___X___ b.  Creditor returned funds.

_____ c.  Stale dated, check 90 days old and not negotiated.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: RONALD B ROTEMAN ESQ
MARK R LENTZ
LINDA M LENTZ
PA MUNICIPAL SERVICE CO
Creditor